**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



**Dated: June 10, 2025**

Beth A. Buchanan
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:
  DURAN DOUGLAS SMITH                                  CASE NO. 25-11020
  915 SUIRE AVE                                                 (CHAPTER 13)
  CINCINNATI, OH  45205                               BETH A. BUCHANAN

        Debtor

ORDER OF DISMISSAL OF CHAPTER 13 CASE FOR FAILURE TO FILE PLAN AND/OR SCHEDULES (Doc. 15)

    Upon the Motion (Doc. 15) of the Chapter 13 Trustee herein, this case is DISMISSED for failure to file the plan, and/or schedules.

SO ORDERED.

COPIES TO:

All Creditors and Parties in Interest